IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                 )<br>         Plaintiff,                     )<br>v.                                             )<br>                                                 )<br>JEREMY FLUELLEN AND<br>CHRISTOPHER WILLIAMS,   )<br>                                                 )<br>         Defendant.                 ) | CRIMINAL ACTION FILE<br>NO. 3:16-cr-003-TCB |

**O R D E R**

Before the Court is a motion to withdraw as counsel filed by John S. Ghose [942]. Counsel is no longer employed by the United States of America. The motion is hereby GRANTED.

IT IS SO ORDERED this 9th day of July, 2021.

_____
Timothy C. Batten, Sr.
Chief United States District Judge